**Order entered September 23, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00566-CV

### CMERIT USA, INC., Appellant

### V.

### SALZBRENNER ENTERPRISES, INC. D/B/A COWGIRL JEWELS, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14845**

## ORDER

We **GRANT** appellee's September 18, 2013 unopposed motion for an extension of time

to file a brief.  Appellee shall file its brief on or before October 23, 2013.

/s/     DAVID LEWIS
          JUSTICE